Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| DUSTIN RADABAUGH,  )  | Case No.: |
| ) | |
| ) | **COMPLAINT AND DEMAND FOR** |
| Plaintiff,  ) | **JURY TRIAL** |
| ) | |
| vs.  ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC,  ) | |
| ) | |
| Defendant.  ) | |

**COMPLAINT**

DUSTIN RADABAUGH (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Odessa, Ector & Midland Counties, Texas and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

COMPLAINT

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see cell phone bill attached hereto as Exhibit "A" and letter from Plaintiff's mother attached hereto as Exhibit "B").

12. Defendant constantly and continuously places collection calls to Plaintiff's place of employment seeking and demanding payment for an alleged debt.

13. Plaintiff demanded that Defendant cease placing collection calls at his place of employment, however the calls persist.

14. Defendant places constant collection calls to Plaintiff's cell phone at (432) 269-8236.

15. Defendant places constant collection calls to Plaintiff's employment at (432) 685-1397.

16. Defendant threatened to file a lawsuit against Plaintiff while seeking and demanding payment for an alleged consumer debt. To date no lawsuit has been filed.

17. Defendant has threatened to place a lien on Plaintiff's mothers' property while seeking and demanding payment for an alleged consumer debt. To date no lien has been placed.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time known to be inconvenient.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

COMPLAINT

    d. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    e. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken and is not intended to be taken.

    f. Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

    g. Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount not authorized by the agreement creating the debt or permitted by law.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "C").

WHEREFORE, Plaintiff, DUSTIN RADABAUGH, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DUSTIN RADABAUGH, demands a jury trial in this cause of action.

                                                RESPECTFULLY SUBMITTED,

DATED:  February 6, 2009                    KROHN & MOSS, LTD.


                                            By:   _____/s/ Ryan Lee_____
                                                  Ryan Lee
                                                  Attorney for Plaintiff

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, DUSTIN RADABAUGH, states as follows:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DUSTIN RADABAUGH,, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2-4-09          _____
                                DUSTIN RADABAUGH,

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Call Detail** 432-269-8236

User Name: DUSTY RADABAUGH

Rate Code: AM20=2000 Anytime Minutes, UNW9=Unlimited N&W, MME0=Unlimited Expd M2M
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: VM=VOICE MAIL, M2MC=EXPANDED M2M, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | THU | 12/25/2008 | 1:21AM | 432-272-3679 | ODESSA TX | 4 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 154 | THU | 12/25/2008 | 1:33AM | 432-272-3679 | INCOMING CL | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 155 | THU | 12/25/2008 | 12:03PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 156 | THU | 12/25/2008 | 12:04PM | 432-212-5827 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 157 | THU | 12/25/2008 | 12:26PM | 432-238-9813 | TERMINAL TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 158 | THU | 12/25/2008 | 2:19PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 159 | THU | 12/25/2008 | 2:20PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 160 | THU | 12/25/2008 | 3:40PM | 877-315-1990 | Toll Free CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 161 | THU | 12/25/2008 | 5:07PM | 432-349-9705 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 162 | THU | 12/25/2008 | 8:58PM | 432-614-6254 | ODESSA TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 163 | FRI | 12/26/2008 | 7:49AM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 164 | FRI | 12/26/2008 | 9:16AM | 614-717-4395 | INCOMING CL | 7 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 165 | FRI | 12/26/2008 | 9:23AM | 432-238-9813 | TERMINAL TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 166 | FRI | 12/26/2008 | 1:33PM | 432-349-9705 | TERMINAL TX | 5 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 167 | FRI | 12/26/2008 | 1:42PM | 432-349-9705 | TERMINAL TX | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 168 | FRI | 12/26/2008 | 1:45PM | 000-000-0411 | DA Call CL | 7 | AM20 | DT | | 0.00 | 1.79 | 1.79 |
| 169 | FRI | 12/26/2008 | 1:47PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 170 | FRI | 12/26/2008 | 1:47PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 171 | FRI | 12/26/2008 | 1:48PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 172 | FRI | 12/26/2008 | 1:48PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 173 | FRI | 12/26/2008 | 1:48PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 174 | FRI | 12/26/2008 | 1:51PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 175 | FRI | 12/26/2008 | 1:51PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 176 | FRI | 12/26/2008 | 2:14PM | 432-272-3679 | INCOMING CL | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 177 | FRI | 12/26/2008 | 2:14PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 178 | FRI | 12/26/2008 | 3:25PM | 432-614-6254 | ODESSA TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 179 | FRI | 12/26/2008 | 3:26PM | 432-853-1209 | TERMINAL TX | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 180 | FRI | 12/26/2008 | 3:27PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 181 | FRI | 12/26/2008 | 3:41PM | 432-853-1209 | INCOMING CL | 2 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 182 | FRI | 12/26/2008 | 7:53PM | 432-272-3679 | INCOMING CL | 5 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 183 | FRI | 12/26/2008 | 10:18PM | 432-614-6254 | ODESSA TX | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 184 | SAT | 12/27/2008 | 12:23PM | 432-272-3679 | INCOMING CL | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 185 | SAT | 12/27/2008 | 6:56PM | 432-349-9705 | TERMINAL TX | 3 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 186 | SAT | 12/27/2008 | 9:06PM | 432-614-6254 | ODESSA TX | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 187 | SAT | 12/27/2008 | 9:08PM | 432-272-3679 | ODESSA TX | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 188 | SUN | 12/28/2008 | 12:37PM | 432-614-6254 | INCOMING CL | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 189 | SUN | 12/28/2008 | 1:02PM | 432-614-6254 | INCOMING CL | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 190 | MON | 12/29/2008 | 12:17PM | 432-664-2655 | TERMINAL TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 191 | MON | 12/29/2008 | 1:16PM | 614-717-4395 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 192 | MON | 12/29/2008 | 1:17PM | 302-477-4187 | WILMINGTO DE | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 193 | MON | 12/29/2008 | 2:32PM | 432-238-9813 | TERMINAL TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 194 | MON | 12/29/2008 | 4:07PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 195 | MON | 12/29/2008 | 4:08PM | 302-477-4000 | WILMINGTO DE | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 196 | MON | 12/29/2008 | 4:09PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 197 | MON | 12/29/2008 | 4:10PM | 302-477-4000 | WILMINGTO DE | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 198 | MON | 12/29/2008 | 5:21PM | 432-664-2655 | INCOMING CL | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 199 | MON | 12/29/2008 | 5:23PM | 432-664-2655 | INCOMING CL | 17 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 200 | TUE | 12/30/2008 | 9:16AM | 432-269-8236 | VMAIL CL | 4 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 201 | TUE | 12/30/2008 | 10:26AM | 605-235-5532 | NO SIOUXC SD | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 202 | TUE | 12/30/2008 | 10:45AM | 432-614-6254 | ODESSA TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 203 | TUE | 12/30/2008 | 11:51AM | 432-614-6254 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 204 | TUE | 12/30/2008 | 12:47PM | 432-614-6254 | ODESSA TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 205 | TUE | 12/30/2008 | 12:49PM | 432-363-8200 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 206 | TUE | 12/30/2008 | 12:51PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 207 | TUE | 12/30/2008 | 12:52PM | 302-477-4000 | WILMINGTO DE | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 208 | TUE | 12/30/2008 | 12:53PM | 432-614-6254 | INCOMING CL | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 209 | TUE | 12/30/2008 | 1:09PM | 302-477-4000 | INCOMING CL | 5 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 210 | TUE | 12/30/2008 | 2:37PM | 432-552-0115 | ODESSA TX | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 211 | TUE | 12/30/2008 | 3:01PM | 432-349-9705 | TERMINAL TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 212 | TUE | 12/30/2008 | 3:04PM | 432-349-9705 | INCOMING CL | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 213 | TUE | 12/30/2008 | 3:31PM | 877-315-1990 | Toll Free CL | 16 | AM20 | DT | | 0.00 | 0.00 | 0.00 |

NCO

FROM :       FAX NO. :4326996254    Feb. 06 2009 04:50PM P9

Case 2:09-cv-00351-FCD-GGH   Document 1   Filed 02/06/09   Page 9 of 13

**Call Detail**                                                                                                  432-269-8236
User Name: DUSTY RADABAUGH
Rate Code: AM20=2000 Anytime Minutes, UNW9=Unlimited N&W, MME0=Unlimited Expd M2M
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: VM=VOICE MAIL, M2MC=EXPANDED M2M, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | THU | 12/25/2008 | 1:21AM | 432-272-3679 | ODESSA TX | 4 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 154 | THU | 12/25/2008 | 1:33AM | 432-272-3679 | INCOMING CL | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 155 | THU | 12/25/2008 | 12:03PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 156 | THU | 12/25/2008 | 12:04PM | 432-212-5827 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 157 | THU | 12/25/2008 | 12:26PM | 432-238-9813 | TERMINAL TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 158 | THU | 12/25/2008 | 2:19PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 159 | THU | 12/25/2008 | 2:20PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 160 | THU | 12/25/2008 | 3:40PM | 877-315-1990 | Toll Free CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 161 | THU | 12/25/2008 | 5:07PM | 432-349-9705 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 162 | THU | 12/25/2008 | 8:58PM | 432-614-6254 | ODESSA TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 163 | FRI | 12/26/2008 | 7:49AM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 164 | FRI | 12/26/2008 | 9:16AM | 614-717-4395 | INCOMING CL | 7 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 165 | FRI | 12/26/2008 | 9:23AM | 432-238-9813 | TERMINAL TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 166 | FRI | 12/26/2008 | 1:33PM | 432-349-9705 | TERMINAL TX | 5 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 167 | FRI | 12/26/2008 | 1:42PM | 432-349-9705 | TERMINAL TX | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 168 | FRI | 12/26/2008 | 1:46PM | 000-000-0411 | DA Call CL | 7 | AM20 | DT | | 0.00 | 1.79 | 1.79 |
| 169 | FRI | 12/26/2008 | 1:47PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 170 | FRI | 12/26/2008 | 1:47PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 171 | FRI | 12/26/2008 | 1:48PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 172 | FRI | 12/26/2008 | 1:48PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 173 | FRI | 12/26/2008 | 1:48PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 174 | FRI | 12/26/2008 | 1:51PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 175 | FRI | 12/26/2008 | 1:51PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 176 | FRI | 12/26/2008 | 2:14PM | 432-272-3679 | INCOMING CL | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 177 | FRI | 12/26/2008 | 2:14PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 178 | FRI | 12/26/2008 | 3:25PM | 432-614-6254 | ODESSA TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 179 | FRI | 12/26/2008 | 3:26PM | 432-853-1209 | TERMINAL TX | 1 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 180 | FRI | 12/26/2008 | 3:27PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 181 | FRI | 12/26/2008 | 3:41PM | 432-853-1209 | INCOMING CL | 2 | MME0 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 182 | FRI | 12/26/2008 | 7:53PM | 432-272-3679 | INCOMING CL | 5 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 183 | FRI | 12/26/2008 | 10:18PM | 432-614-6254 | ODESSA TX | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 184 | SAT | 12/27/2008 | 12:23PM | 432-272-3679 | INCOMING CL | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 185 | SAT | 12/27/2008 | 6:56PM | 432-349-9705 | TERMINAL TX | 3 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 186 | SAT | 12/27/2008 | 9:06PM | 432-614-6254 | ODESSA TX | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 187 | SAT | 12/27/2008 | 9:08PM | 432-272-3679 | ODESSA TX | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 188 | SUN | 12/28/2008 | 12:37PM | 432-614-6254 | INCOMING CL | 2 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 189 | SUN | 12/28/2008 | 1:02PM | 432-614-6254 | INCOMING CL | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 190 | MON | 12/29/2008 | 12:17PM | 432-664-2655 | TERMINAL TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 191 | MON | 12/29/2008 | 1:16PM | 614-717-4395 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 192 | MON | 12/29/2008 | 1:17PM | 302-477-4187 | WILMINGTO DE | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 193 | MON | 12/29/2008 | 2:32PM | 432-238-9813 | TERMINAL TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 194 | MON | 12/29/2008 | 4:07PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 195 | MON | 12/29/2008 | 4:08PM | 302-477-4000 | WILMINGTO DE | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 196 | MON | 12/29/2008 | 4:09PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 197 | MON | 12/29/2008 | 4:10PM | 302-477-4000 | WILMINGTO DE | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 198 | MON | 12/29/2008 | 5:21PM | 432-664-2655 | INCOMING CL | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 199 | MON | 12/29/2008 | 5:23PM | 432-664-2655 | INCOMING CL | 17 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 200 | TUE | 12/30/2008 | 9:16AM | 432-269-8236 | VMAIL CL | 4 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 201 | TUE | 12/30/2008 | 10:26AM | 605-235-5532 | NO SIOUXC SD | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 202 | TUE | 12/30/2008 | 10:45AM | 432-614-6254 | ODESSA TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 203 | TUE | 12/30/2008 | 11:51AM | 432-614-6254 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 204 | TUE | 12/30/2008 | 12:47PM | 432-614-6254 | ODESSA TX | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 205 | TUE | 12/30/2008 | 12:49PM | 432-363-8200 | INCOMING CL | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 206 | TUE | 12/30/2008 | 12:51PM | 432-269-8236 | VMAIL CL | 1 | AM20 | DT | VM | 0.00 | 0.00 | 0.00 |
| 207 | TUE | 12/30/2008 | 12:52PM | 302-477-4000 | WILMINGTO DE | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 208 | TUE | 12/30/2008 | 12:53PM | 432-614-6254 | INCOMING CL | 2 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 209 | TUE | 12/30/2008 | 1:09PM | 302-477-4000 | INCOMING CL | 5 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 210 | TUE | 12/30/2008 | 2:37PM | 432-552-0115 | ODESSA TX | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 211 | TUE | 12/30/2008 | 3:01PM | 432-349-9705 | TERMINAL TX | 1 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 212 | TUE | 12/30/2008 | 3:04PM | 432-349-9705 | INCOMING CL | 3 | AM20 | DT | | 0.00 | 0.00 | 0.00 |
| 213 | TUE | 12/30/2008 | 3:31PM | 877-315-1990 | Toll Free CL | 16 | AM20 | DT | | 0.00 | 0.00 | 0.00 |

Margin annotations: "NC-O" (next to row 163/164), "NCO" (next to row 191)

# **EXHIBIT B**

02/03/2009

I, Rose Radabaugh, do hereby acknowledge that NCO financial systems threatened to take my property by the end of the month if I did not pay them in full for the debt they were calling about. Furthermore, they coerced my son into paying them $300.00 immediately to stop them from putting a lien on the house before the end of the month.

Sincerely,

Rose M. Radabaugh

*[signature: Rose Radabaugh]*

- 9 -

**EXHIBIT C**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — YES **NO**
3. Nervousness — **YES** NO
4. Fear of answering the door — YES **NO**
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — YES **NO**
11. Thoughts of death, suicide or suicide attempts — **YES** NO
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _My mother worried about losing her home and also experienced many of these symptoms._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _2-6-09_

_Dustin L Radabaugh_
Signed Name

_Dustin L. RADABAUGH_
Printed Name